# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00027-CV

### Debra Marie Ramirez and Victor Bocanegra, Both Individually and as Next Friends of Colby Alan Ramirez, a Minor, Appellants

**v.**

### Douglas K. McIntyre, M.D., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. 99-12665-A, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss the remanded issues in this appeal. Appellee's counsel agrees with the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Aboussie[*]

Dismissed on Appellants' Motion

Filed: August 29, 2003

[*] Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code Ann. § 74.003(b) (West 1998).